UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SREY TEANG,

           Plaintiff,

    v.

TIMOTHY J. MAYOPOULOS,

           Defendant.

No.  2:15-cv-1843 MCE AC (PS)

ORDER

      This matter is scheduled for a Status (Pretrial Scheduling) Conference on February 10, 2016.  However, it does not appear that plaintiff has complied with the court's September 1, 2015 order to serve process on defendants within 120 days.  See ECF No. 3.  Moreover, plaintiff has not filed a Status Report, although ordered to do so no later than 14 days before the Status Conference.  Id.

      Accordingly, IT IS HEREBY ORDERED that:

      1.  The February 10, 2016 Status Conference is VACATED; and

      2.  Plaintiff is Ordered To Show Cause, in writing, no later than February 10, 2016 at 3:30 p.m., why this case should not be dismissed for failure to prosecute.

DATED: January 29, 2016

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE