UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SREY TEANG,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>TIMOTHY J. MAYOPOULOS,<br><br>　　　　　　　Defendant. | No.  2:15-cv-1843 MCE AC (PS)<br><br><br>FINDINGS AND RECOMMENDATIONS |

On January 29, 2016, the court ordered plaintiff to show cause why this action should not be dismissed for lack of prosecution and for failure to comply with the court's prior order.  ECF No. 4.  Plaintiff has not responded to the court's orders, nor taken any action to prosecute this case.

Therefore, IT IS HEREBY RECOMMENDED that this action be dismissed, without prejudice, for lack of prosecution and for failure to comply with the court's orders.  See Fed. R. Civ. P. 41(b); E.D. Cal. R. 110.

These findings and recommendations are submitted to the United States District Judge assigned to this case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty-one (21) days after being served with these findings and recommendations, plaintiff may file written objections with the court.  Such document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Local Rule 304(d).  Plaintiff is advised that failure to file

1

1 objections within the specified time may waive the right to appeal the District Court's order.

2 Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

3 DATED: February 26, 2016

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE